UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v

HELEN WILLIAMS,

        Defendant,

and

MUNICIPAL EMPLOYEES'
RETIREMENT SYSTEM

        Garnishee.

                           Case No.: 2:17-mc-50170
                           Hon. Mark A. Goldsmith

_____/

## GARNISHEE ORDER TO PAY

The United States requested a writ of garnishment for funds belonging to or being held on behalf of Helen Williams. (ECF No. 10, PageID. 41-42) The writ was issued (ECF No. 12, PageID. 43-49) and served on all parties on March 19, 2021. (ECF No. 11, PageID. 50) Municipal Employees' Retirement System mailed its answer in paper form to the Clerk of the Court, the United States and Helen Williams on April 2, 2021 and was subsequently docketed on April 3, 2021 (ECF No. 13, PageID. 59-62). The answer disclosed that Helen Williams received a monthly distribution from the Municipal Employees Retirement System. Williams has not filed a request for hearing, claim for exemption or objection to the writ of

garnishment. The time for filing such a request has passed. 28 U.S.C. § 3202(b) and 3205(c)(5). The Court having reviewed the record, now, therefore;

**IT IS ORDERED** that from the date of the receipt of the writ of garnishment, which date is on or about March 29, 2021, Municipal Employees' Retirement System shall withhold 25% of Williams' retiree pension (including salary, commission, bonus or other pay) in accordance with the provisions of 15 U.S.C. § 1673(a);

**IT IS FURTHER ORDERED** that the funds so withheld shall be promptly remitted to Clerk of the Court (USDC – EDMI), Attn: Financial, 231 W. Lafayette, Detroit, MI 48226, with the payment made payable to the United States;

**IT IS FURTHER ORDERED** that this garnishment shall remain in place until such time as the garnishee no longer has custody or control of any funds belonging to Williams, the judgment is paid in full or upon further order of the Court.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall disburse these funds in accordance with the provisions of the judgment entered in case number 13CR20473 01.

**IT IS SO ORDERED**.

Dated: May 12, 2021  s/Mark A. Goldsmith
    Detroit, Michigan  MARK A. GOLDSMITH
      United States District Judge